IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Surpris, Rolande M<br>Surpris, Claude<br>Printed: 9/30/08 | Case Number: 07 B 11540<br>Judge: Hollis, Pamela S<br>Filed: 6/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 18, 2008
Confirmed: September 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 16,544.00 | |
| Secured: | | 15,605.13 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 938.87 |
| Other Funds: | | 0.00 |
| Totals: | 16,544.00 | 16,544.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,441.20 | 0.00 |
| 2. | Indiana Dept Of Revenue | Secured | 0.00 | 0.00 |
| 3. | Marija Weeden | Secured | 10,000.00 | 1,979.70 |
| 4. | HFC | Secured | 14,780.07 | 2,340.82 |
| 5. | Chase Home Finance | Secured | 17,776.55 | 11,284.61 |
| 6. | Chase Home Finance | Secured | 3,389.00 | 0.00 |
| 7. | Indiana Dept Of Revenue | Priority | 721.04 | 0.00 |
| 8. | HFC | Unsecured | 0.00 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 1,587.39 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 113.62 | 0.00 |
| 11. | Capital One | Unsecured | 206.63 | 0.00 |
| 12. | ER Solutions | Unsecured | 138.36 | 0.00 |
| 13. | Marija Weeden | Unsecured | 0.00 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 74.38 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 36.32 | 0.00 |
| 16. | Kately Rivette | Unsecured | 5,248.74 | 0.00 |
| 17. | Indiana Dept Of Revenue | Unsecured | 7.72 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 34.57 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 83.05 | 0.00 |
| 20. | Sams Club | Unsecured | | No Claim Filed |
| 21. | Allied Interstate | Unsecured | | No Claim Filed |
| 22. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 23. | First Cash Advance | Unsecured | | No Claim Filed |
| 24. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 25. | HSBC Auto Finance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Surpris, Rolande M
Surpris, Claude
Printed: 9/30/08

Case Number: 07 B 11540
Judge: Hollis, Pamela S
Filed: 6/28/07

| | | | |
|---|---|---|---|
| 26. Horseshoe Casino Hammond Corp | Unsecured | | No Claim Filed |
| 27. Providian | Unsecured | | No Claim Filed |
| 28. Systems & Services Technologies | Unsecured | | No Claim Filed |
| 29. University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 30. University of Chicago Hospital | Unsecured | | No Claim Filed |
| 31. AT&T | Unsecured | | No Claim Filed |
| 32. University of Chicago Hospital | Unsecured | | No Claim Filed |
| 33. University of Chicago Hospital | Unsecured | | No Claim Filed |
| 34. University of Chicago Hospital | Unsecured | | No Claim Filed |
| 35. University of Chicago Hospital | Unsecured | | No Claim Filed |
| 36. University of Chicago Hospital | Unsecured | | No Claim Filed |
| | | $ 55,638.64 | $ 15,605.13 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 670.04 |
| 6.5% | 268.83 |
| | $ 938.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

